PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787
reinlawoffice@aol.com

Attorneys for Plaintiff
ABIGAYIL TAMARA

MARTIN J. EVERSON, Esq.
AARON T. SCHULTZ, Esq.
GALLOWAY, LUCCHESE, EVERSON & PICCHI
A Professional Corporation
1676 North California Blvd., Suite 500
Walnut Creek, CA 94596-4183
Telephone: 925/930-9090
Facsimile: 925/930-9035
aschultz@glattys.com

Attorneys for Defendant
EL CAMINO HOSPITAL

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABIGAYIL TAMARA, <br><br> Plaintiff, <br><br> v. <br><br> EL CAMINO HOSPITAL; DAVID DIGANT; and DOES 1-20, Inclusive, <br><br> Defendants. <br> _____ / | CASE NO. C12-01032 RMW <br> <u>Civil Rights</u> <br><br> **Stipulation and [] Order Extending Time for Filing Motion Under F.R.C.P. Rule 12(f)** |

## STIPULATION

Plaintiff ABIGAYIL TAMARA and Defendants EL CAMINO HOSPITAL and DAVID DIGANT hereby jointly stipulate and request through their attorneys of record as follows:

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [] ORDER EXTENDING
TIME FOR FILING MOTION UNDER F.R.C.P. RULE 12(f)
CASE NO. C12-01032 RMW                    -1-                    S:\CASES\E\EL CAMINO HOSPITAL\PLEADINGS\Stipulations\Extend time12(f) motion.wpd

1  Defendants filed their Answer to Plaintiff's First Amended Complaint on
2  February 11, 2013. Plaintiff requested that defendants amend their Answer and
3  defendants have agreed to do so.
4  Defense counsel is currently in trial that is expected to last until
5  approximately March 8, 2013. He is unable to draft and file the amended Answer
6  until the trial concludes. However, plaintiff's deadline to file a motion to strike
7  the Answer is March 4, 2013.
8  Wherefore, the parties request that the Court extend time for filing a motion
9  to strike the Answer until March 15, 2013, to enable the parties to resolve the
10 matter as they have agreed without the necessity of plaintiff filing a placeholder
11 Motion to Strike.

13 **IT IS SO STIPULATED.**

15 Dated: February 28, 2013    LAW OFFICES OF PAUL L. REIN

17                              /s/Celia McGuinness
18                             By CELIA McGUINNESS, Esq.
                               Attorneys for Plaintiff
                               ABIGAYIL TAMARA

21 Dated: February 28, 2013    GALLOWAY, LUCCHESE,
22                             EVERSON & PICCHI

24                              /s/Aaron T. Schultz
                               By AARON T. SCHULTZ, Esq.
25                             Attorneys for Defendant
                               EL CAMINO HOSPITAL

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER EXTENDING
TIME FOR FILING MOTION UNDER F.R.C.P. RULE 12(f)
CASE NO. C12-01032 RMW     -2-     S:\CASES\E\EL CAMINO HOSPITAL\PLEADINGS\Stipulations\Extend time12(f) motion.wpd

# ORDER

Good cause having been shown, the Court grants the parties' stipulation.

**IT IS SO ORDERED.**

Dated: March ___, 2013

*/s/ Ronald M. Whyte*
Hon. RONALD M. WHYTE
United States District Judge

LAW OFFICES OF
**PAUL L. REIN**
**200** LAKESIDE DR., SUITE A
OAKLAND, CA **94612-3503**
**(510) 832-5001**

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR FILING MOTION UNDER F.R.C.P. RULE 12(f)
CASE NO. C12-01032 RMW

−3−

S:\CASES\E\EL CAMINO HOSPITAL\PLEADINGS\Stipulations\Extend time12(f) motion.wpd