PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone:   510/832-5001
Facsimile:   510/832-4787
reinlawoffice@aol.com

Attorneys for Plaintiff
ABIGAYIL TAMARA


MARTIN J. EVERSON, Esq.
AARON T. SCHULTZ, Esq.
GALLOWAY, LUCCHESE, EVERSON & PICCHI
A Professional Corporation
1676 North California Blvd., Suite 500
Walnut Creek, CA 94596-4183
Telephone:   925/930-9090
Facsimile:   925/930-9035
aschultz@glattys.com

Attorneys for Defendant
EL CAMINO HOSPITAL

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABIGAYIL TAMARA, | CASE NO. C12-01032 RMW |
| Plaintiff, | <u>Civil Rights</u> |
| v. | **Stipulation and [] Order Extending Time for Filing Motion Under F.R.C.P. Rule 12(f)** |
| EL CAMINO HOSPITAL; DAVID DIGANT; and DOES 1-20, Inclusive, | |
| Defendants. | |
| _____/ | |

## STIPULATION

Plaintiff ABIGAYIL TAMARA and Defendants EL CAMINO HOSPITAL and DAVID DIGANT hereby jointly stipulate and request through their attorneys of record as follows:

1  Defendants filed their Answer to Plaintiff's First Amended Complaint on
2  February 11, 2013. Plaintiff requested that defendants amend their Answer and
3  defendants have agreed to do so.
4  Defense counsel is currently in trial that is expected to last until
5  approximately March 8, 2013. He is unable to draft and file the amended Answer
6  until the trial concludes. However, plaintiff's deadline to file a motion to strike
7  the Answer is March 4, 2013.
8  Wherefore, the parties request that the Court extend time for filing a motion
9  to strike the Answer until March 15, 2013, to enable the parties to resolve the
10 matter as they have agreed without the necessity of plaintiff filing a placeholder
11 Motion to Strike.

13 **IT IS SO STIPULATED.**

15 Dated: February 28, 2013                LAW OFFICES OF PAUL L. REIN

17                                          /s/Celia McGuinness
                                           By CELIA McGUINNESS, Esq.
18                                          Attorneys for Plaintiff
                                           ABIGAYIL TAMARA

21 Dated: February 28, 2013                GALLOWAY, LUCCHESE,
                                           EVERSON & PICCHI

24                                          /s/Aaron T. Schultz
                                           By AARON T. SCHULTZ, Esq.
                                           Attorneys for Defendant
25                                          EL CAMINO HOSPITAL

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER EXTENDING
TIME FOR FILING MOTION UNDER F.R.C.P. RULE 12(f)
CASE NO. C12-01032 RMW                  -2-      S:\CASES\E\EL CAMINO HOSPITAL\PLEADINGS\Stipulations\Extend time12(f) motion.wpd

1  **ORDER**

2  Good cause having been shown, the Court grants the parties'
3  stipulation.

4

5  **IT IS SO ORDERED.**

6

7  Dated: March ___, 2013



Hon. RONALD M. WHYTE
8  United States District Judge