UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABIGAYIL TAMARA,<br><br>    Plaintiff,<br><br>v.<br><br>EL CAMINO HOSPITAL et al.,<br><br>    Defendants. | Case No. C-12-01032-RMW<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO SHORTEN TIME**<br><br>[Re Docket No. 34] |

Under Local Rule 6-3, Tamara has moved the court to shorten the time to hear her motion for a preliminary injunction. She has set forth with particularity the reasons for shortening time and the harm that would occur if the court did not grant the motion. Therefore, the court GRANTS Tamara's motion to shorten time. Defendants' opposition to her motion for a preliminary injunction, Dkt. No. 29, must be filed by July 22, 2013. Tamara must file any reply by July 25, 2013. The hearing on the motion for a preliminary injunction is set for August 2, 2013, at 9:00am.

Dated: July 16, 2013

_____
RONALD M. WHYTE
United States District Judge

ORDER SHORTENING TIME
Case No. C-12-01032-RMW
SW

- 1 -