1 | PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
2 | CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
3 | 200 Lakeside Drive, Suite A
Oakland, CA  94612
4 | Telephone:   510/832-5001
Facsimile:    510/832-4787
5 | reinlawoffice@aol.com

6 | Attorneys for Plaintiff
ABIGAYIL TAMARA
7 |

8 | MARTIN J. EVERSON, Esq.
AARON T. SCHULTZ, Esq.
9 | GALLOWAY, LUCCHESE, EVERSON & PICCHI
A Professional Corporation
10 | 1676 North California Blvd., Suite 500
Walnut Creek, CA 94596-4183
11 | Telephone:   925/930-9090
Facsimile:    925/930-9035
12 | aschultz@glattys.com

13 | Attorneys for Defendant
EL CAMINO HOSPITAL
14 |

15 | IN THE UNITED STATES DISTRICT COURT

16 | IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

17 |

18 | ABIGAYIL TAMARA,                              CASE NO.  C12-01032 RMW
                                                  <u>Civil Rights</u>
19 |        Plaintiff,

20 | v.                                            **STIPULATION AND []
                                                  ORDER EXTENDING TIME FOR**
21 | EL CAMINO HOSPITAL; DAVID                    **FILING PLAINTIFF'S REPLY ON**
DIGANT; and DOES 1-20, Inclusive,                 **MOTION FOR PRELIMINARY**
22 |                                              **INJUNCTION AND ALLOWING**
       Defendants.                                **DEFENDANTS TO FILE TOMASINI**
23 |                                              **DECLARATION**
                                       /
24 |

25 |                                **STIPULATION**

26 |        Plaintiff ABIGAYIL TAMARA and Defendants EL CAMINO HOSPITAL and

27 | DAVID DIGANT hereby jointly stipulate and request through their attorneys of

28 | record as follows:

LAW OFFICES OF
**PAUL L. REIN**
**200 LAKESIDE DR., SUITE A**
OAKLAND, CA 94612-3503
**(510) 832-5001**

STIPULATION AND ] ORDER EXTENDING TIME FOR FILING
PLAINTIFF'S REPLY ON MOTION FOR PRELIMINARY INJUNCTION
AND ALLOWING DEFENDANTS TO FILE DECLARATION
CASE NO.  C12-01032 RMW                         −1−   S:\CASES\E\EL CAMINO HOSPITAL\PLEADINGS\Stipulations\Extension on Reply for Prelim inj.wpd

1   Whereas Plaintiff filed her Motion for Preliminary Injunction and
2   application for an Order Shortening Time (OST) on July 12, 2013.
3   Whereas the Court granted the OST and set a briefing schedule permitting
4   defendants to file their opposition on July 22, 2013.  Docket No 39.
5   Whereas defendant inadvertently failed to timely file the declaration of
6   psychiatrist Dr. Tomasini on July 22, 2013;
7   Whereas plaintiff notified defendants of their failure to file the declaration,
8   but does not object to its late filing, provided plaintiff receives an additional day
9   to file her Reply;
10  Therefore the parties jointly stipulate and request that the Court Order that
11  defendants be allowed to file their late declaration and that plaintiff be allowed to
12  file her Reply on Friday, July 26, 2013.

**IT IS SO STIPULATED.**

Dated: July 23, 2013          LAW OFFICES OF PAUL L. REIN


　　　　　　　　　　　　　　　   /s/Celia McGuinness
                              By CELIA McGUINNESS, Esq.
                              Attorneys for Plaintiff
                              ABIGAYIL TAMARA


Dated: July 23, 2013          GALLOWAY, LUCCHESE,
                              EVERSON & PICCHI


                                /s/ Aaron Schultz
                              By AARON T. SCHULTZ, Esq.
                              Attorneys for Defendant
                              EL CAMINO HOSPITAL

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR FILING
PLAINTIFF'S REPLY ON MOTION FOR PRELIMINARY INJUNCTION
AND ALLOWING DEFENDANTS TO FILE DECLARATION
CASE NO.  C12-01032 RMW                            -2- S:\CASES\E\EL CAMINO HOSPITAL\PLEADINGS\Stipulations\Extension on Reply for Prelim inj.wpd

## ORDER

Good cause having been shown, the Court grants the parties' stipulation. Defendant shall file the declaration of Dr. Tomasini on July 23, 2013. Plaintiff's shall file her Reply brief on July 26, 2013.

**IT IS SO ORDERED.**

Dated: July __GJ__, 2013

*Ronald M. Whyte*
Hon. RONALD M. WHYTE
United States District Judge

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR FILING PLAINTIFF'S REPLY ON MOTION FOR PRELIMINARY INJUNCTION AND ALLOWING DEFENDANTS TO FILE DECLARATION
CASE NO. C12-01032 RMW

-3-
S:\CASES\E\EL CAMINO HOSPITAL\PLEADINGS\Stipulations\Extension on Reply for Prelim inj.wpd