```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611010710
Cashier ID: lenahac
Transaction Date: 08/06/2013
Payer Name: Paul L. Rein

TREASURY REGISTRY
For: Abigayil Tamara
Case/Party: D-CAN-5-12-CV-001032-001
Amount:            $50.00

PAPER CHECK CONVERSION
Check/Money Order Num: 22313
Amt Tendered:      $50.00

Total Due:         $50.00
Total Tendered:    $50.00
Change Amt:        $0.00

RMW

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

#51

C 12-1032 RMW