Exhibit 1



Exhibit 2

**Do Not Pet**
**or Distract**
**Working Service Dog**

Canine Partners For Life
Cochranville, PA

# Do Not Pet
## or Distract
# Working Service Dog

Canine Partners For Life
Cochranville, PA