1  PAUL L. REIN, Esq. (SBN 43053)
   CELIA McGUINNESS, Esq. (SBN 159420)
2  CATHERINE M. CABALO, Esq. (SBN 248198)
   LAW OFFICES OF PAUL L. REIN
3  200 Lakeside Drive, Suite A
   Oakland, CA  94612
4  Telephone:    510/832-5001
   Facsimile:    510/832-4787
5  reinlawoffice@aol.com

6  Attorneys for Plaintiff
   ABIGAYIL TAMARA
7

8  MARTIN J. EVERSON, Esq. (SBN 76350)
   AARON T. SCHULTZ, Esq. (SBN 222949)
9  GALLOWAY, LUCCHESE, EVERSON & PICCHI
   A Professional Corporation
10 1676 North California Blvd., Suite 500
   Walnut Creek, CA 94596-4183
11 Telephone:    925/930-9090
   Facsimile:    925/930-9035
12 aschultz@glattys.com

13 Attorneys for Defendant
   EL CAMINO HOSPITAL
14

15              IN THE UNITED STATES DISTRICT COURT

16           IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

17

| 18 | ABIGAYIL TAMARA, | CASE NO.  C12-01032 RMW |
|---|---|---|
| 19 | Plaintiff, | <u>Civil Rights</u> |
| 20 | v. | **Stipulation and [] Order Extending Litigation Schedule** |
| 21 | EL CAMINO HOSPITAL; DAVID DIGANT; and DOES 1-20, Inclusive, | |
| 22 | | |
| 23 | Defendants. | |
| 24 | _____/ | |

25     Plaintiff ABIGAYIL TAMARA and Defendants EL CAMINO HOSPITAL and DAVID

26 DIGANT hereby jointly stipulate and request through their attorneys of record as follows:

27 1.    The Court issued its trial setting order on January 13, 2013, Docket no. 24. The Court

28       modified the schedule to provide extra time for discovery, based on a stipulation and

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [] ORDER
EXTENDING LITIGATION SCHEDULE
CASE NO. C12-01032 RMW                    −1−          S:\CASES\EL CAMINO HOSPITAL\PLEADINGS\Stipulations\Extend time litigation schedule.wpd

Order signed on November 15, 2013. Docket no. 5. The parties requested that stipulation based on their desire to enter mediation.

2. The current litigation schedule for this case is as follows:

Expert Disclosure: March 10, 2014

Rebuttal Expert Disclosure: April 28, 2014

Fact Discovery/Expert Discovery Cutoff: May 28, 2014

Last Day to Hear Dispositive Motions: July 25, 2014

Pretrial Conference: October 23, 2014

Jury Trial: November 3, 2014

3. The parties participated in mediation with Judge James Larson at JAMS on January 13, 2014. They made good progress in settling the case. They discovered that the parties need further information from outside agencies and third parties before they can make further settlement commitments.

4. The parties anticipate that it will take three months to gather that information and hold a second mediation session with Judge Larson. They believe they can complete mediation by mid-April 2014.

5. Unless the deadlines are extended the parties will be forced to engage in discovery between now and the mediation. They believe that they can cooperatively exchange whatever information is necessary to settle the case, rendering discovery both unnecessary and burdensome at this point.

6. Wherefore, the parties request that the Court extend time for the litigation schedule as follows, enabling the parties to resolve the matter without unnecessary expenditure of resources:

   a. Expert Disclosure: June 10, 2014

   b. Rebuttal Expert Disclosure: July 28, 2014

   c. Fact Discovery/Expert Discovery cutoff : August 28, 2014

   d. Last Day to Hear Dispositive Motions: October 27, 2014

//

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [] ORDER
EXTENDING LITIGATION SCHEDULE
CASE NO. C12-01032 RMW

−2−   S:\CASES\EL CAMINO HOSPITAL\PLEADINGS\Stipulations\Extend time litigation schedule.wpd


1      e.    Pretrial Conference: January 2015

2      f.    Jury Trial: February 2015

3

4  **IT IS SO STIPULATED.**

5

6  Dated: January 17, 2014        LAW OFFICES OF PAUL L. REIN

7                                /s/ Celia McGuinness
                              By CELIA McGUINNESS, Esq.
                              Attorneys for Plaintiff

8                                ABIGAYIL TAMARA

9

10  Dated: January 17, 2014        GALLOWAY, LUCCHESE,
                              EVERSON & PICCHI

11                                /s/ Aaron T. Schultz
                              By AARON T. SCHULTZ, Esq.

12                                Attorneys for Defendant
                              EL CAMINO HOSPITAL

13

14

15                                    **ORDER**

16  Good cause having been shown, the Court grants the parties' stipulation and sets the

17  following schedule:

18      Expert Disclosure: June 10, 2014

19      Rebuttal Expert Disclosure: July 28, 2014

20      Fact Discovery/Expert Discovery cutoff : August 28, 2014

21      Last Day to Hear Dispositive Motions: October 27, 2014

22      Pretrial Conference: January ____, 2015

23      Jury Trial: February ____, 2015

24

25          **IT IS SO ORDERED.**

26

27  Dated: _____, 2014                       _/s/ Ronald M. Whyte_

28                                Hon. RONALD M. WHYTE
                              United States District Judge

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [~~PROPOSED~~] ORDER
EXTENDING LITIGATION SCHEDULE
CASE NO.  C12-01032 RMW

-3-    S:\CASES\EL CAMINO HOSPITAL\PLEADINGS\Stipulations\Extend time litigation schedule.wpd