PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone:    510/832-5001
Facsimile:    510/832-4787
reinlawoffice@aol.com

Attorneys for Plaintiff
ABIGAYIL TAMARA


MARTIN J. EVERSON, Esq. (SBN 76350)
AARON T. SCHULTZ, Esq. (SBN 222949)
GALLOWAY, LUCCHESE, EVERSON & PICCHI
A Professional Corporation
1676 North California Blvd., Suite 500
Walnut Creek, CA 94596-4183
Telephone:    925/930-9090
Facsimile:    925/930-9035
aschultz@glattys.com

Attorneys for Defendant
EL CAMINO HOSPITAL

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABIGAYIL TAMARA,<br><br>    Plaintiff,<br><br>v.<br><br>EL CAMINO HOSPITAL; DAVID DIGANT; and DOES 1-20, Inclusive,<br><br>    Defendants.<br>_____/ | CASE NO. C12-01032 RMW<br><u>Civil Rights</u><br><br>**Stipulation and [] Order Extending Litigation Schedule** |

Plaintiff ABIGAYIL TAMARA and Defendants EL CAMINO HOSPITAL and DAVID DIGANT hereby jointly stipulate and request through their attorneys of record as follows:

1.   The Court issued its trial setting order on January 13, 2013, Docket no. 24. The Court modified the schedule to provide extra time for discovery, based on a stipulation and

1   Order signed on November 15, 2013. Docket no. 5. The parties requested that
2   stipulation based on their desire to enter mediation.
3   2. The parties participated in mediation with Judge James Larson at JAMS on January 13,
4   2014. They made good progress in settling the case. They discovered that the parties
5   need further information from outside agencies and third parties before they can make
6   further settlement commitments. They requested the Court give them more time to
7   conclude mediation.
8   3. On February 18, 2014, the Court extended deadlines. The current litigation schedule for
9   this case is as follows:
10   Expert Disclosure: June 10, 2014
11   Rebuttal Expert Disclosure: July 28, 2014
12   Fact Discovery/Expert Discovery Cutoff: August 28, 2014
13   Last Day to Hear Dispositive Motions: October 27, 2014
14   Pretrial Conference: January 2015
15   Jury Trial: February 2015
16   4. The parties have made a great deal of progress informally and have agreed to settle
17   injunctive relief.
18   5. The parties wish to continue mediating plaintiff's damages claim. They are planning a
19   mediation date in June, potentially as early as June 6, 2014.
20   6. The deadline for disclosing experts is June 10, 2014. Unless the deadline is extended the
21   parties will be forced to prepare those disclosures and incur expert witness fees between
22   now and the mediation.
23   7. Wherefore, the parties request that the Court extend time for expert witness disclosure
24   one month to July 10, 2014, enabling the parties to resolve the matter without
25   unnecessary expenditure of resources.
26   //
27   //
28   //

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [] ORDER
EXTENDING LITIGATION SCHEDULE
CASE NO. C12-01032 RMW      -2-      S:\CASES\EL CAMINO HOSPITAL\PLEADINGS\Stipulations\Extend time expert disclosure.wpd

1  **IT IS SO STIPULATED.**

2

3  Dated: June 3, 2014                    LAW OFFICES OF PAUL L. REIN

4                                         _/s/ Celia McGuinness_
                                           By CELIA McGUINNESS, Esq.
                                           Attorneys for Plaintiff
5                                          ABIGAYIL TAMARA

6

7  Dated: June 3, 2014                    GALLOWAY, LUCCHESE,
                                           EVERSON & PICCHI

8                                          _/s/ Aaron T. Schultz_
                                           By AARON T. SCHULTZ, Esq.
9                                          Attorneys for Defendant
                                           EL CAMINO HOSPITAL

10

11

12                                **ORDER**

13     Good cause having been shown, the Court grants the parties' stipulation and sets the

14  Expert Disclosure for July 10, 2014.

15

16                        **IT IS SO ORDERED.**

17

18  Dated: ___Î Ð Ì___, 2014              _Ronald M. Whyte_
                                           Hon. RONALD M. WHYTE
19                                         United States District Judge

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
EXTENDING LITIGATION SCHEDULE
CASE NO.  C12-01032 RMW           -3-        S:\CASES\EL CAMINO HOSPITAL\PLEADINGS\Stipulations\Extend time expert disclosure.wpd