1  PAUL L. REIN, Esq. (SBN 43053)
   CELIA MCGUINNESS, Esq. (SBN 159420)
2  CATHERINE M. CABALO, Esq. (SBN 248198)
   LAW OFFICES OF PAUL L. REIN
3  200 Lakeside Drive, Suite A
   Oakland, CA 94612
4  Telephone:   510/832-5001
   Facsimile:    510/832-4787
5  reinlawoffice@aol.com

6  Attorneys for Plaintiff
   ABIGAYIL TAMARA
7

8  MARTIN J. EVERSON, Esq. (SBN 76350)
   AARON T. SCHULTZ, Esq. (SBN 222949)
9  GALLOWAY, LUCCHESE, EVERSON & PICCHI
   A Professional Corporation
10 1676 North California Blvd., Suite 500
   Walnut Creek, CA 94596-4183
11 Telephone:   925/930-9090
   Facsimile:    925/930-9035
12 aschultz@glattys.com

13 Attorneys for Defendants
   EL CAMINO HOSPITAL and DIGANT DAVE
14 (sued as DAVID DIGANT)

15
                    IN THE UNITED STATES DISTRICT COURT
16
                IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
17

18 ABIGAYIL TAMARA,                        CASE NO. C12-01032 RMW
                                           Civil Rights
19              Plaintiff,

20       v.                                **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND [] ORDER AS TO DEFENDANT 8 5 J 9 ˙DIGANT**
21 EL CAMINO HOSPITAL; DAVID DIGANT;
   and DOES 1-20, Inclusive,
22
                Defendants.
23

24
25
26
27
28
                                                          CASE NO. C12-01032 RMW
6517533.1       STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND
                      [] ORDER AS TO DEFENDANT DIGANT DAVE

1   IT IS HEREBY STIPULATED by and between Plaintiff ABIGAYIL TAMARA on the one hand and Defendant DIGANT DAVE (sued as DAVID DIGANT) on the other hand, parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety as to Defendant DIGANT DAVE.  Each side shall pay its own attorneys' fees and costs.  Defendant DIGANT DAVE agrees to the dismissal with prejudice.  Defendant EL CAMINO HOSPITAL does not object to this dismissal.

This Stipulation and Order may be signed in counterparts, and facsimile or electronically transmitted signatures shall be valid and binding as original signatures.

Wherefore, Plaintiff ABIGAYIL TAMARA and Defendant DIGANT DAVE, by and through their attorneys of record, so stipulate.

DATED: July 11, 2014                    LAW OFFICES OF PAUL L. REIN


By:      */s/ Celia McGuinness*
         CELIA MCGUINNESS
         Attorneys for Plaintiff
         ABIGAYIL TAMARA

DATED: July 11, 2014                    GALLOWAY, LUCCHESE, EVERSON & PICCHI


By:      */s/ Aaron T. Schultz*
         MARTIN J. EVERSON
         AARON T. SCHULTZ
         Attorneys for Defendant
         DIGANT DAVE and EL CAMINO HOSPITAL

/ / /

/ / /

/ / /

/ / /

1 **[] ORDER**

2 PURSUANT TO STIPULATION, IT IS SO ORDERED.

3 The lawsuit, as to Defendant Digant Dave, is dismissed with prejudice. Each side
4 shall pay its own attorneys' fees and costs.

5 DATED: _____, 2014

7 _Ronald M. Whyte_
   _____
8 HONORABLE RONALD M. WHYTE
   United States District Court Judge