PAUL L. REIN, Esq. (SBN 43053)
CELIA MCGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone:   510/832-5001
Facsimile:    510/832-4787
reinlawoffice@aol.com

Attorneys for Plaintiff
ABIGAYIL TAMARA

MARTIN J. EVERSON, Esq. (SBN 76350)
AARON T. SCHULTZ, Esq. (SBN 222949)
GALLOWAY, LUCCHESE, EVERSON & PICCHI
A Professional Corporation
1676 North California Blvd., Suite 500
Walnut Creek, CA 94596-4183
Telephone:   925/930-9090
Facsimile:    925/930-9035
aschultz@glattys.com

Attorneys for Defendants
EL CAMINO HOSPITAL and DIGANT DAVE
(sued as DAVID DIGANT)

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABIGAYIL TAMARA,<br><br>           Plaintiff,<br><br>     v.<br><br>EL CAMINO HOSPITAL; DAVID DIGANT; and DOES 1-20, Inclusive,<br><br>           Defendants. | CASE NO. C12-01032 RMW<br><u>Civil Rights</u><br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND [] ORDER FOR COURT TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT** |

CASE NO. C12-01032 RMW

1  IT IS HEREBY STIPULATED by and between Plaintiff ABIGAYIL TAMARA on the
2 one hand and Defendant EL CAMINO HOSPITAL on the other hand, the parties to this
3 action, by and through their respective counsel, that pursuant to Federal Rule of Civil
4 Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its
5 entirety.  Each side shall pay its own attorneys' fees and costs except as expressly set
6 forth in the Court-Enforceable Settlement Agreement And Release ("Settlement
7 Agreement and Release").  Defendant agrees to the dismissal with prejudice.

8  Further, Plaintiff and Defendant have entered into the attached Settlement
9 Agreement and Release which settles all aspects of the lawsuit against Defendant
10 without admission by any party of wrongdoing, liability, or fault.  The Settlement
11 Agreement and Release states in part-that "The Court shall retain jurisdiction to enforce
12 this Agreement pursuant to the Dismissal of Action with Prejudice and a [Proposed]
13 Order for which is attached hereto as Exhibit A."  To ensure that the parties have the
14 ability to seek this Court's help in enforcing enforcement of the Settlement Agreement
15 and Release, the parties respectfully ask the Court to retain jurisdiction to enforce the
16 terms of the Settlement Agreement and Release if it is necessary.  Plaintiff and
17 Defendant Stipulate to the Court retaining jurisdiction to enforce the Settlement
18 Agreement and Release and its Exhibit A.

19  This Stipulation and Order may be signed in counterparts, and facsimile or
20 electronically transmitted signatures shall be valid and binding as original signatures.

21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28

6380837.3

-2-   CASE NO. C12-01032 RMW
STIPULATION FOR DISMISSAL OF ACTION AND [] ORDER FOR
COURT TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT

1  Wherefore, Plaintiff and Defendant, by and through their attorneys of record, so
2  stipulate.

3  DATED: July 14, 2014                    LAW OFFICES OF PAUL L. REIN

5                                          By: _____/s/ Celia McGuinness_____
                                               CELIA MCGUINNESS
6                                              Attorneys for Plaintiff
                                               ABIGAYIL TAMARA

8  DATED: July 14, 2014                    GALLOWAY, LUCCHESE,
                                           EVERSON & PICCHI

11                                         By: _____/s/ Aaron T. Schultz_____
                                               MARTIN J. EVERSON
                                               AARON T. SCHULTZ
12                                             Attorneys for Defendant
                                               EL CAMINO HOSPITAL

15                          **[] ORDER**

16  Pursuant to the Settlement Agreement and Release, and for good cause shown,
17 the Court shall retain jurisdiction of this action to enforce provisions of this Settlement
18 Agreement and General Release for thirty-six (36) months after the date of entry of this
19 Order by the Court, or until injunctive relief is complete, whichever occurs later.

21  DATED: _____, 2014

                                           _Ronald M. Whyte_
                                           HONORABLE RONALD M. WHYTE
                                           United States District Court Judge